IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| BARRY JOE STULL, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Case No. 06-1596-PK |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| BERNIE GIUSTO AND THE | ) | |
| MULTNOMAH COUNTY SHERIFF'S | ) | |
| OFFICE, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Barry Joe Stull
P. O. Box 11008
Portland, Oregon 97211

    Pro Se Plaintiff

David N. Blankfeld
Multnomah County Attorney's Office
501 S. E. Hawthorne Boulevard, Suite 500
Portland, Oregon 97214

    Attorney for Defendants

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on August 1, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#20). IT IS HEREBY ORDERED that defendants' Motion for Summary Judgment (#9) is GRANTED. Plaintiff's Response to Motion for Summary Judgment (#19) is construed as a request for leave to amend the complaint to name additional defendants and it is GRANTED. Plaintiff may file an amended complaint within 30 days of the date of this order.

Dated this ___20th___ day of September, 2007.

_____
Garr M. King
United States District Judge

Page 2 - ORDER