IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| BARRY JOE STULL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Case No. 06-1596-PK |
| v. ) | |
| ) | O R D E R |
| BERNIE GIUSTO AND THE ) | |
| MULTNOMAH COUNTY SHERIFF'S ) | |
| OFFICE, ) | |
| ) | |
| Defendants. ) | |
| ) | |

Barry Joe Stull
P.O. Box 11008
Portland, Oregon 97211

    Pro Se Plaintiff

David N. Blankfeld
State of Oregon
Multnomah County Attorney's Office
501 SE Hawthorne Boulevard, Suite 500
Portland, Oregon 97214

    Attorney for Defendant

Page 1 - ORDER

KING, Judge:

The Honorable Paul Papak, United States Magistrate Judge, filed Findings and Recommendation on December 12, 2007. The matter is before this court. See 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). No objections have been timely filed. This relieves me of my obligation to give the factual findings de novo review. Lorin Corp. v. Goto & Co., Ltd., 700 F.2nd 1202, 1206 (8th Cir. 1983); See also Britt v. Simi Valley Unified School Dist., 708 F.2d 452, 454 (9th Cir. 1983). Having reviewed the legal principles de novo, I find no error.

Accordingly, I ADOPT Magistrate Judge Papak's Findings and Recommendation (#27).

IT IS HEREBY ORDERED that Stull's Complaint is dismissed for failure to state claim upon which relief may be granted.

DATED this 4 day of January, 2008.

_____
GARR M. KING
United States District Judge